| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 4:20CR00064-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:25-cr-00116-APG-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | UTAH | SOUTHERN |
| Kevin White | NAME OF SENTENCING JUDGE | |
| | David Nuffer, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/04/2025 | TO 04/02/2028 |

✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
APR 25 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

OFFENSE
Count 1: Hobbs Act Robbery

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. White does not plan to return to Utah.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   NEVADA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

4/14/2025
Date                                          United States District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 1, 2025
*Effective Date*                              *United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Kevin White
Case No.:  To be assigned

<u>**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**</u>

April 25, 2025

TO:   United States District Judge

On August 27, 2008, Mr. White was sentenced to 165 months custody, followed by 3 years of supervised release for the offense of Interference with Commerce by Armed Robbery in the District of Nevada in 2:07CR00091. On May 31, 2019, he commenced supervision in the District of Nevada.

On April 15, 2020, the United States Attorney's Office, in the District of Utah, filed a Felony Complaint which alleged Mr. White committed the offense of Hobbs Act Robbery. This crime occurred on September 28, 2019, in St. George, UT. The case is assigned to the Honorable U.S. District Court Judge David Nuffer in 4:20CR00063. On May 12, 2020, the District of Utah accepted jurisdiction of 2:07CR00091 (4:20CR00064) with efforts to reach a global resolution with both cases in the same district.

On August 12, 2020, Mr. White was sentenced to 100 months custody, followed by 36 months of supervised release for the offense of Hobbs Act Robbery in the District of Utah. The Petition for Warrant for Offender Under Supervision for 2:07CR00091 (4:20CR00064) was dismissed due to plea negotiations in 4:20CR00063. Therefore, Mr. White's original case from the District of Nevada, which is mentioned above, is still active. He completed 326 days of supervision in 2:07CR00091 (4:20CR00064), before he was arrested and convicted in 4:20CR00063.

On April 4, 2025, he once again commenced supervision in the District of Nevada. Mr. White was residing in the District of Nevada prior to committing the offenses in both cases mentioned above. Currently, Mr. White has no communal ties to the District of Utah. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of both cases. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable David Nuffer agreeing to relinquish jurisdiction of this case.

Should Your Honor have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

ADDENDUM TO PETITION (Probation Form 12)
RE: Kevin White

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,



Digitally signed by Zack Warner
Date: 2025.04.25 14:17:21 -07'00'

_____
Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.04.25 14:14:12 -07'00'

_____
Steve M Goldner
Supervisory United States Probation Officer